In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Opening and Extending Union Turnpike and Other Streets in the Borough of Queens.

GLEN OAKS HOLDING CO., INC., Appellant.

(Argued October 3, 1935; decided October 22, 1935.)

*Henry Herz, Isaac E. Bermant, Jacob W. Bermant* and *Bernard L. Bermant* for appellant.

*Paul Windels, Corporation Counsel (Leonard W. Wallstein, Samuel D. Smoleff* and *Arthur H. Indell* of counsel), for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.